DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ROBERT MICHAEL ARDIS,

Appellant,

v.

SARAH HARPER ARDIS,

Appellee.

No. 2D23-417

————————————————

November 15, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Kelly Ann Ayers, Judge.

Lawrence J. Hodz of Cortes Hodz Family Law & Mediation, P.A., Tampa,
for Appellant.

Sarah Harper Ardis, pro se.

PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.